

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

Mailing Address:   *147 Pierrepont Street*
*Brooklyn, New York 11201*

August 25, 2005

**BY ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:  United States v. Basciano, *et al*
>        94-CR-1240 (RJD)

Dear Judge Dearie:

   I respectfully inform the Court that I am not the attorney of record in the above-captioned matters. The attorney of record is Assistant U.S. Attorney JoAnn Navickas, who may be contacted at (718) 254-6342 and JoAnn.Navickas@usdoj.gov. Please substitute her name for mine in the ECF notification for these matters.

                                      Respectfully submitted,

                                      ROSLYNN R. MAUSKOPF
                                      United States Attorney

                              By:  *[signature]*
                                   Steven H. Breslow
                                   Assistant U.S. Attorney
                                   718-254-6243

cc:  Clerk of the Court (RJD)