**BARRY GENE RHODES**
16 COURT STREET
SUITE 1004
BROOKLYN, NEW YORK 11241
(718-624-3784)

November 30, 2007

Hon. Raymond J. Dearie
Chief Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201
(served and filed via ECF)

Re: <u>United States v. Antonio Marmorato</u>
94 CR 1240

Dear Chief Judge Dearie:

     Several weeks ago Ms. Mulqueen called me to inquire whether I was in possession of a final judgment in this matter as the District Court file does not contain one.  (In 2005 the Court of Appeals issued a <u>Crosby</u> remand but there is no record of a new sentence.)  She asked me to retrieve my file from storage and let her know if this case was final.

     My file reflects that I inquired of the defendant immediately after the remand as to his desire to be re-sentenced.  He was informed that he would have to make the request, and I would ask for a new sentence if he desired, but that there would be no new sentencing if he did not want one.  I received no response of any sort.

     With an excess of caution and perhaps a lack of wisdom, I reached out to the defendant again when Ms. Mulqueen made her inquiry.  I expected (and wanted) an explicit rejection of the offer of the Court of Appeals.

     Instead, the defendant, through his sister, has asked to be re-sentenced in accordance with the remand.  He is now incarcerated in New Mexico and I suspect the re-sentencing is meant to accomplish a transfer to New York, making family contact easier.

     But my suspicions are no more than that.  The defendant respectfully requests reconsideration of his sentence pursuant to <u>Crosby</u>, as directed by the Court of Appeals in its order of March 7, 2005.

     With kindest regards, and an apology for burdening Your Honor, I remain

                                               Respectfully yours,

                                               BARRY GENE RHODES

BGR:ck
cc: Roslynn Mauskoph, Esq.