UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-                                        ORDER

DINO BASCIANO,                                     94 CR 1240 (RJD)

        Defendant.

- - - - - - - - - - - - - - - - X

      Upon application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Rachel J. Nash, Assistant United States Attorney, it is hereby

      ORDERED that the sealed files in the above-captioned matter be provided to the government in order to permit the government to review the files and comply with any discovery obligations pursuant to 18 U.S.C. § 3500 and <u>Giglio v. United States</u>, 405 U.S. 150 (1972).

Dated:    Brooklyn, New York
           April 26, 2012

                                    s/ Judge Raymond J. Dearie

                                THE HONORABLE RAYMOND J. DEARIE
                                UNITED STATES DISTRICT COURT JUDGE
                                EASTERN DISTRICT OF NEW YORK